# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In Re: Lewis Scruggs ) | |
| SSN: XXX-XX-8652 ) | |
| Ella Scruggs ) | Case No. 15-82145-CRJ-7 |
| SSN: XXX-XX-2012 ) | |
| ) | Chapter 7 |
| ) | |
| Debtors, ) | |

## MOTION TO REOPEN CASE

Come now the Debtors, Lewis and Ella Scruggs, and move the Court to reopen their Chapter 7 case. In support of this motion, the debtors state as follows:

1. The debtors' Chapter 7 bankruptcy case was filed on August 11, 2015.

2. Their case was discharged on December 3, 2015.

3. The debtors request for their case to be reopened for a pending Motion for Contempt and for Sanctions to be heard by this Court.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the debtors respectfully request that the Court enter an order reopening the case.

                                                Respectfully submitted,

                                                /s/ *John C. Larsen*
                                                Attorney for the Debtors,
                                                Louis and Ella Scruggs

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008
John@JLarsenLaw.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing Motion to Reopen Case has been served on all of the creditors listed on the attached matrix by U.S. mail, postage prepaid and properly addressed, and on Tazewell Shepard, Chapter 7 Trustee, electronically on this the 14th day of June, 2022.

                                                              /s/ *John C. Larsen*